CR 04-00144

ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF HAWAII

98/34-022

| UNITED STATES OF AMERICA<br>vs.<br><br>KOPP, THOMAS B<br>1616 A FUNSTON ST<br>HONOLULU, HI  96858<br><br>*Defendant.* | Violation Notice Number(s)<br>A1421528     H12<br><br>DUI (.08 OR HIGHER) | Violation Date(s)<br>01/03/2004<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>AUG 27 2008<br><br>at 3 o'clock and 70 min. P M.<br>SUE BEITIA, CLERK |

**MANDATORY COURT APPEARANCE REQUIRED**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

· Collateral in the Amount of $ __0.00__ may be Forfeited in Lieu of Appearance.

BAIL FIXED AT $100.00 UNSECURED

WALTER A. Y. H. CHINN, CLERK
By: _____, Deputy Clerk

Date __04/27/04__

_____
*United States Magistrate Judge*
KEVIN S. CHANG

## RETURN

| RECEIVED | DATE 8-27-08 | LOCATION USMS OFFICE HONOLULU, HI 96850 |

*EXECUTED BY ARREST OF THE ABOVE –NAMED DEFENDANT.*

| | DATE 8-27-08 | LOCATION HONOLULU, HI |

Name __P. GAR USM__ Title __DUSM__ District __HI__

Date __8-27-08__ Signature __P.__